Philip Geurts (SBN 231320)
E-mail: phil@mgcalaw.com
GEURTS LAW FIRM
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: (714) 307-9192
*Attorney for Plaintiff*
Rose ML, Inc.

William R. Cumming (SBN 200966)
E-mail: cumming@cummmingandassociateslaw.com
CUMMING & ASSOCIATES, APLC
3080 Bristol Street, Sixth Floor, Suite 630
Costa Mesa, CA 92626
Tel: 714-432-6494
*Attorneys for Defendant*
LIT Distribution, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—EASTERN (RIVERSIDE) DIVISION

| | |
|---|---|
| ROSE ML, INC., a California corporation,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>LIT DISTRIBUTION, INC., an Illinois corporation, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.  8:19-cv-01893  SHK<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[Filed concurrently with Stipulation]<br><br>Magistrate Judge:<br>　　Shashi H. Kewalramani<br><br>Complaint Filed:   October 1, 2019 |

　　Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear its own attorneys' fees and costs.

DATED: 12/1/2021

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE